**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

BENEDICT A. RIVERA,

        Plaintiff,

v.                                                 Case No:   6:14-cv-2072-Orl-40DAB

HOLIDAY INN EXPRESS & SUITES,
SHIRAG SHAH, ANGIE SALTER and
STEPHANIE TAYLOR,

        Defendants.

## ORDER

This cause is before the Court on Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 2) filed on December 19, 2014.

The United States Magistrate Judge has submitted a report recommending that the Motion be DENIED without prejudice.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed December 30, 2014 (Doc. 3), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 2) is hereby **DENIED without prejudice**.

3. The Form Complaint is **DISMISSED**, with leave to file an amended complaint on or before February 4, 2015 along with a renewed motion to proceed *in forma pauperis*.

a

**DONE** and **ORDERED** in Orlando, Florida on January 21, 2015.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties