**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

BENEDICT A. RIVERA,

       Plaintiff,

v.                                          Case No:  6:14-cv-2072-Orl-40DAB

SRI JALARAM, LLC and NETO'S
QUALITY SERVICES, INC.,

       Defendants.
_____/

## ORDER

This cause is before the Court on Plaintiff's Motion for Entry of Default Judgment (Doc. 60) filed on June 14, 2016. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed August 18, 2016 (Doc. 65), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion for Entry of Default Judgment (Doc. 60) is **GRANTED in part**.

3. The Clerk is **DIRECTED** to enter a default judgment in favor of Plaintiff and against **SRI JALARAM, LLC** in the amount of $17,680.00, with respect to the ADA claim.

4. The Clerk is **DIRECTED** to enter a default judgment in favor of Plaintiff and against both Defendants, jointly and severally, in the amount of $26,919.89, inclusive of attorneys' fees and costs, with respect to the FLSA claim.

5. The motion is **DENIED**, with respect to the Title VII claim.

**DONE AND ORDERED** in Orlando, Florida on September 13, 2016.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties